# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:15-cr-00353-GMN-NJK |
| vs. | ) |
| CHRISTOPHER RYAN BUSBY, | ) |
| Defendant. | ) |

This matter is before the Court on Defendant Christopher Ryan Busby's Motion to Reopen Detention Hearing (ECF No. 39), filed on December 2, 2016. The Court conducted a hearing in this matter on December 16, 2016.

Defendant requests that the Court release him from detention and place him on conditions of pretrial release so that he can obtain necessary medical care and physical therapy which he is allegedly not receiving as a pretrial detainee. He is currently detained at a federal infirmary facility in Arizona. In order to properly consider Defendant's motion, the Court needs current information from competent medical professionals who are providing treatment to Defendant or are familiar with his medical condition and treatment. Accordingly,

**IT IS HEREBY ORDERED** that the Marshal's Service obtain and provide to the Court, counsel for Defendant and the Government within ten (10) days of this order, or as soon thereafter as reasonably possible, a report(s) from a qualified and knowledgeable medical professional(s) describing:

1. Defendant's current medical condition, including whether his condition is stable, improving, or deteriorating;

2. The medical treatment, including physical therapy, that Defendant has received or will be

receiving.  This includes medical treatment provided in the infirmary or by outside medical providers;

   3.  Whether the medical treatment being provided to Defendant is reasonably adequate to treat his medical condition and needs;

   4.  Whether there is medical treatment, including physical therapy, that Defendant reasonably should receive, but which cannot be provided as a pretrial detainee, and, if so, a description of such recommended treatment.

   **IT IS FURTHER ORDERED** that Defendant shall provide the medical providers with any required HIPAA authorizations for release of his medical records.  Any medical records or other documents containing personal identifying information to be filed with the Court shall be filed under seal.

   DATED this 16th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge