**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>             Plaintiff,                              )<br>                                                              )<br>vs.                                                         )<br>                                                              )<br>CHRISTOPHER RYAN BUSBY,          )<br>                                                              )<br>             Defendant.                           )<br>_____) | Case No. 2:15-cr-00353-GMN-NJK |

This matter is before the Court on Defendant's Motion to Withdraw Motion to Reopen Detention Hearing (ECF No. 49), filed on January 6, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw Motion to Reopen Detention Hearing (ECF No. 49) is **granted**.

**IT IS FURTHER ORDERED** that based on Defendant's motion to withdraw, Defendant's Second Motion to Reopen Detention Hearing (ECF No. 39) is **denied**, without prejudice.

DATED this 9th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge