# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　Plaintiff,      ) <br>vs.  ) <br>CHRISTOPHER RYAN BUSBY,  ) <br>　　　　　　　Defendant.    ) | Case No. 2:15-cr-00353-GMN-NJK <br><br>ORDER <br><br>(Docket No. 68) |

Pending before the Court is Defendant's counsel's motion to withdraw as counsel. Docket No. 68. The Court sets the motion for hearing on June 22, 2017, at 2:30 p.m. in Courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing. There will be no exceptions to these appearance requirements.

IT IS SO ORDERED.

DATED: June 20, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge