# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>Defendant. | Case No. 2:15-cr-353-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that Mr. Busby's condition of release be modified to allow for the temporary removal of his ankle monitor when necessary for any verified medical procedure and to be reinstalled as soon as practicable after the procedure has been performed.

DATED this 28th day of September, 2017.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE