# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>    Defendant. | Case No. 2:15-cr-353-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that Mr. Busby's condition of release be modified to allow him to move from the Siegel Suites apartment into the North Las Vegas home that has been approved as a suitable residence by Pretrial Services.

DATED this 7th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE