# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>    Defendant. | Case No. 2:15-cr-353-GMN-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that Mr. Busby's condition of release be modified to allow him to go to a gym or exercise facility that has been pre-approved by Pretrial Services, twice a week for no more than 2 hours. The times and dates of the visits must be pre-approved by Pretrial Services.

    DATED this 2nd day of March, 2018.

                                             *George Foley Jr.*
                               UNITED STATES MAGISTRATE JUDGE