RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Christopher Ryan Busby

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-353-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** (Fourth Request) |
| CHRISTOPHER RYAN BUSBY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Christopher Ryan Busby, that the Court modify his conditions of release.

The Stipulation is entered into for the following reasons:

1.      On Tuesday, December 11, 2018, Mr. Busby's employer, Nacho Daddy, is hosting a company-wide holiday party for all of its employees at Goldspike, Downtown from 9:00pm to Midnight. Mr. Busby is a manager at Nacho Daddy and would like to attend the party with all of his co-workers.

2. Counsel has spoken with Pretrial Services concerning this request. Pretrial Services indicates that they will defer to the Court on this request.

3. The government has no objection to this requested modification.

This is the fourth stipulation to modify conditions of release filed herein.

DATED this 7th day of December, 2018.

RENE L. VALLADARES                          DAYLE ELIESON
Federal Public Defender                     United States Attorney


*/s/ Heidi A. Ojeda*                         */s/ Elham Roohani*
By_____                 By_____
HEIDI A. OJEDA                              ELHAM ROOHANI
Assistant Federal Public Defender           Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CHRISTOPHER RYAN BUSBY,

        Defendant.

Case No. 2:15-cr-353-GMN-NJK

### **<u>ORDER</u>**

      IT IS THEREFORE ORDERED that Mr. Busby's condition of release be modified to allow him to attend his company's holiday party at the Goldspike, Downtown from 9:00pm to Midnight on Tuesday, December 11, 2018.

      DATED this __7__ day of December, 2018.

_____

UNITED STATES DISTRICT JUDGE