RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Christopher Ryan Busby

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>Defendant. | Case No. 2:15-cr-353-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Christopher Ryan Busby, that the Sentencing Hearing currently scheduled on June 20, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Due to Mr. Busby's incarceration in city jail, undersigned counsel has been unable to schedule an interview with probation and Mr. Busby for the purpose of the presentence investigation report. Probation has indicated that it needs more time to conduct the interview and prepare the presentence investigation report in this case.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 10th day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Heidi Ojeda*<br>By_____<br>HEIDI OJEDA<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>　　　　Defendant. | Case No. 2:15-cr-00353-GMN-NJK<br><br>**ORDER** |

　　IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, June 20, 2019 at 10:00 a.m., be vacated and continued to Thursday, August 1, 2019, at 10:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

　　DATED this  11  day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE