RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Christopher Ryan Busby

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>            Defendant. | Case No. 2:15-cr-353-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Christopher Ryan Busby, that the Revocation Hearing currently scheduled on April 23, 2019 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Government counsel and pretrial are unavailable on the currently scheduled revocation hearing date.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____ | */s/ Elham Roohani*<br>By_____ |
| HEIDI A. OJEDA<br>Assistant Federal Public Defender | ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-353-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER RYAN BUSBY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, April 23, 2019 at 10:00 a.m., be vacated and continued to Thursday, May 2, 2019, at the hour of 11:30 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

DATED this 22 day of April, 2019.

_____
UNITED STATES ▮▮▮▮▮▮▮ JUDGE

3