UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>Defendant-Appellant. | Case No. -2:15-cr-00353-GMN-NJK<br><br>**ORDER TEMPORARILY UNSEALING TRANSCRIPT** |

On 10/2/2019 this court received Designation of Transcript dated October 2, 2019 designating transcript of hearing held on August 12, 2019 from Michael Tanaka, counsel for the Defendant Christopher Ryan Busby, which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED THIS 18 day of October, 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE