1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:15-cr-00353-GMN-NJK |
| --- | --- |
| Respondent/Plaintiff, | Order Granting |
| v. | **Motion for Leave to File Exhibit Under Seal** |
| Christopher Ryan Busby, | |
| Petitioner/Defendant. | |

    Undersigned counsel are filing an Emergency Motion for Compassionate Release. Exhibit A contains Mr. Busby's sensitive medical records from the Bureau of Prisons. Defense counsel believes this information will assist the Court in evaluating the motion. Because Exhibit A contains private medical information, it should be filed under seal and remain under seal. Undersigned counsel will serve the sealed Exhibit A on the government via electronic mail.

# CONCLUSION

For the foregoing reasons, undersigned counsel respectfully request leave to file under seal Mr. Busby's Exhibit A to his Emergency Motion for Compassionate Release, and requests that the Court maintain it under seal.

DATED this 1st day of February 2021.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: /s/Joanne L. Diamond

JOANNE L. DIAMOND
Assistant Federal Public Defender

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  February 2, 2021