JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
6675 S Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 323-9132
jackie@tirinnanzilaw.com

*Attorney for Christopher Busby*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BUSBY,<br><br>Defendant. | Case No. 2:15-cr-00353-GMN-NJK<br><br>**Stipulation and Order to Extend Deadline to Supplement Compassionate Release (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, counsel for Christopher Busby, and Nadia Ahmed, counsel for the United States of America, that the deadline on which defendant must file his supplement in support of compassionate release ordered due on March 29, 2024, (ECF No. 222), be extended seven days to date on or before April 5, 2024.

This stipulation is entered into based upon the following reasons:

1. Counsel for Defendant was appointed to Mr. Busby to supplement his motion for compassionate release on February 27, 2024. (ECF No. 220).
2. This Court issued an order requiring that counsel must either file a supplement to the motion for compassionate release (or file a notice that no supplement is needed) on or before March 29, 2024. (ECF No. 222).
3. Counsel for Mr. Busby is in the process of reviewing all received documentation

1

from various facilities and confirming whether all relevant materials are in counsel's possession. Further communication with the client, who is detained, is also required to finalize Mr. Busby's supplement.

4. Counsel agree that the United States of America will have 21 days following the filing of Defendant's supplement to submit their response. Defense counsel will have seven days following the Government's response to submit a reply.

5. The parties agree to the extension of time.

6. This is the first request for extension of time.

Dated this 28th day of March 2024.

Respectfully Submitted,

*/s/ Jacqueline Tirinnanzi*_____
JACQUELINE TIRINNANZI, ESQ.
Counsel for Christopher Busby

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00353-GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | **Order** |
| CHRISTOPHER BUSBY, | |
| Defendant. | |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant's supplementation in support of compassionate release shall be due on or before April 5, 2024, the Government's response will be due 21 from the date the supplement is filed, and Defendant's counsel will have seven days following submission of the response to file a reply.

DATED: March 29, 2024

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE