ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
*Attorney for Defendant*
CHRISTOPHER RYAN BUSBY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>   Defendant. | Case No.: 2:15-cr-00353-GMN-NJK<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Nadia Ahmed, Assistant United States Attorney, and Angela Dows, Esq., counsel for the Defendant, Christopher Ryan Busby, that: (a) the evidentiary hearing regarding Defendant's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 184), currently set for May 1, 2024, along with (b) the deadline for the joint preliminary brief, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. On October 10, 2023, the Court issued an Order denying Busby's motion in part and preserving for evidentiary hearing certain of his claims relating to alleged ineffective assistance of his defense counsel (ECF No. 203).

2. Pursuant to the parties' request, the Court set the evidentiary hearing for February 29, 2024. (ECF No. 207).

3. The parties subsequently submitted a stipulation to continue the evidentiary hearing (first request), with a continued evidentiary hearing date of May 1, 2024. (ECF No. 212).

4. The Court ordered the parties to submit a joint preliminary brief listing the witnesses the parties intend to call, and explaining the issues the parties intend to clarify and develop at the hearing, which currently has a due date of on or before April 17, 2024.

5. Counsel for the defendant has requested access to certain electronic discovery, and was approved funds as well as hired a computer forensic expert in the matter.

6. Without disclosing a level of detail that may include work product, said expert has not yet been able to complete its review of the discovery and complete the work anticipated in the case. Said computer expert is still in the review process. Due to the nature of the case, a review of the underlying computer information requires an appointment at a facility in which the information is stored at a work station with law enforcement. Said expert has been able to coordinate one appointment and review as of April of 2024, and is in the process of obtaining another date to review the information at the law enforcement facility.

7. Additionally, without revealing details as to the same, defendant's retained investigator was out of the state on another assignment in April of 2024 and is anticipated to interview additional witnesses in this matter prior to the evidentiary hearing.

8. Counsel for defendant also anticipates conferring with the government on one or more discovery items and claims in the case, and prior to the preparation for the hearing or joint preliminary brief.

9. The defendant is in custody and agrees with the need for the continuance.

10. Additionally, denial of this request for continuance could result in a miscarriage of justice.

11. This is the second request for a continuance filed herein.

12. Accordingly, the parties request a sixty (60) day continuance of the hearing date and joint preliminary brief.

DATED this 15th day of April 2024.

Respectfully submitted,

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ Nadia J. Ahmed*<br>NADIA J. AHMED<br>Assistant United States Attorney | */s/ Angela H. Dows*<br>ANGELA H. DOWS, ESQ.<br>Cory Reade Dows & Shafer<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, NV 89128<br>Attorney for **CHRISTOPHER BUSBY** |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>　　　　Defendant. | Case No.: 2:15-cr-00353-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the evidentiary hearing scheduled for Petitioner Christopher Ryan Busby's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (ECF No. 184), currently scheduled for May 1, 2024, be vacated and continued to ____July 1, 2024,_____ at the hour of ____9:00AM__.

IT IS FURTHER ORDERED that the deadline for filing the joint preliminary brief be continued to _____June 17, 2024_____. The parties are further advised that their joint preliminary brief must include a list of the witnesses expected to be called by each party and all exhibits intended to be used during the hearing.

DATED this 15 day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE