JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
NADIA AHMED
Assistant United States Attorney
Nevada Bar Number 15489
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: nadia.ahmed2@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BUSBY,<br><br>Defendant. | Case No. 2:15-cr-00353-GMN-NJK<br><br>**Stipulation and Order to Extend Deadline to Respond to Defendant's Motion for Compassionate Release (ECF No. 214) and Supplement in Support Thereof (ECF No. 227)**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the United States of America, and Jacqueline Tirinnanzi, that the deadline for the government to file its Response to Defendant's Motion for Compassionate Release (ECF No. 214) and Supplement to Mr. Busby's Motion for Compassionate Relief (ECF No. 227), currently due May 3, 2024, be extended seven days to May 10, 2024.

This stipulation is entered into based upon the following reasons:

1. Counsel for Defendant was appointed to Mr. Busby to supplement his

1

1. motion for compassionate release on February 27, 2024. (ECF No. 220).

2. This Court issued an order requiring that counsel must either file a supplement to the motion for compassionate release (or file a notice that no supplement is needed) on or before April 5, 2024. (ECF No. 224.) On April 12, 2024, Defendant's Supplement to Mr. Busby's Motion for Compassionate Release was filed. (ECF No. 227.)

3. The government requests an additional seven days to complete its review and response to Defendant's Motion and Supplement. This request is made for the following reasons, including undersigned counsel's recent travel related to religious observances between April 9-15 and April 24-28. Additionally, counsel for the government did not brief or litigate any of Defendant's prior Motions, including his lengthy 2255 motion or the prior two compassionate release motions, and counsel requests the additional time to further understand the procedural history of the case. Additionally, counsel for the government is currently set to appear for oral argument before the Ninth Circuit on May 13, 2024, in *United States v. Gail Manney*, Case No. 23-00716 and set to proceed to trial in *United States v. Pacheco*, 2:19-cr-248-RFB-DJA on May 20, 2024, and has been preparing for both matters, accordingly.

4. This request is not made for purposes of delay but rather based upon good cause.

5. The parties stipulate and request that the Court allow the government to file its response to the Supplement and Motion by no later than May 10, 2024. Defendant shall have seven days thereafter to file his Reply.

6. The parties agree to the extension of time.

///

7. This is the first request for extension of time for the government's Response.

Dated this 2nd day of May 2024.

Respectfully Submitted,

JASON FRIERSON
United States Attorney

/s/ Nadia Ahmed                              /s/ Jacqueline Tirinnanzi
NADIA AHMED                                  JACQUELINE TIRINNANZI, ESQ
Assistant United States Attorney             Counsel for Christopher Busby

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER BUSBY,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00353-GMN-NJK<br><br>**Order** |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the government's response to Defendant's Motion for Compassionate Release (ECF No. 214) and Supplement to Mr. Busby's Motion for Compassionate Release (ECF No. 227) shall be due by May 10, 2024, and Defendant's counsel will have seven days following submission of the response to file a reply.

DATED: May 2, 2024

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

4