JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
6675 S Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 323-9132
jackie@tirinnanzilaw.com

*Attorney for Christopher Busby*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00353-GMN-NJK |
| Plaintiff, | |
| vs. | **Stipulation and Order to Extend Deadline to file Reply in Support of Defendant's Supplement to Compassionate Release (First Request)** |
| CHRISTOPHER BUSBY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, counsel for

Christopher Busby, and Nadia Ahmed, counsel for the United States of America, that the

deadline on which defendant must file their reply to the government's response to defendant's

motion in support of compassionate release ordered due on or before May 17, 2024, (ECF No.

236), be extended 14 days to date on or before May 31, 2024.

This stipulation is entered into based upon the following reasons:

1. Counsel for defendant was appointed to Mr. Busby to supplement his motion for

   compassionate release on February 27, 2024. (ECF No. 220).

2. This Court issued an order requiring that counsel must either file a supplement to the

   motion for compassionate release (or file a notice that no supplement is needed) on

   or before April 5, 2024. Both parties were permitted continuances, resulting in

   defendant's supplement to the motion for compassionate release being filed on April

1   12, 2024 (ECF No. 227) and the government's response being filed on May 10, 2024

2   (ECF No. 237).

3   3.   On May 10, 2024, the parties were made aware by USMS that Mr. Busby was

4   attacked by another inmate at Nevada Southern Detention Center that resulted in a

5   facial fracture, among other serious injuries. Mr. Busby was transported to an

6   outside hospital and is currently awaiting emergency surgery.

7   4.   Counsel for Mr. Busby is in the process of obtaining documentation and records

8   relevant to the assault.  Further communication with the client, who is hospitalized,

9   is also required to finalize Mr. Busby's reply.

10   5.   The parties agree to the extension of time.

11   6.   This is the first request for an extension of time to file defendant's reply.

12

13   Dated this 16th day of May 2024.

14

15                                                    Respectfully Submitted,

16

17   /s/ Nadia Ahmed_____                /s/ Jacqueline Tirinnanzi_____
     NADIA AHMED                            JACQUELINE TIRINNANZI, ESQ.
     Assistant United States Attorney       Counsel for Christopher Busby
18

19

20

21

22

23

24

25

26

27

28

1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4

UNITED STATES OF AMERICA,                              Case No. 2:15-cr-00353-GMN-NJK

5

        Plaintiff,

6                                                                                 **Order**

    vs.

7

CHRISTOPHER BUSBY,

8

        Defendant.

9

10

        Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY

11

ORDERED that defendant's reply to the government's response to defendant's motion in

12

support of compassionate release shall be due on or before May 31, 2024.

13

14

DATED: ___May 17, 2024_____

15

16

17

_____

18

THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28