# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00353-GMN-NJK |
| Plaintiff, | ORDER |
| v. | (Docket No. 256) |
| CHRISTOPHER RYAN BUSBY, | |
| Defendant. | |

Pending before the Court is Defendant's *pro se* "Motion for Stay of Abeyance with Regards to a 42 U.S.C. § 1983." Docket No. 256. The motion appears to relate to Defendant's desire to bring a civil lawsuit. *See, e.g.*, *id.* at 6 (noting that Plaintiff is trying to prepare and "will be filing" a § 1983 lawsuit).[1] It is not clear why this request regarding a potential civil rights lawsuit is being filed in this criminal case. Moreover and significantly, to the extent this request is related to this case, Plaintiff cannot file it *pro se* because he has an attorney of record. *See, e.g.*, Local Rule IA 11-6(a) (a party who is represented by counsel "cannot while so represented appear or act in the case").

Accordingly, Defendant's *pro se* filing, Docket No. 256, is hereby **DENIED** without prejudice and is **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: July 31, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also explains that the venue for this unfiled lawsuit may be in federal court in Michigan and appears to state that he has filed a duplicative motion there. *See, e.g.*, Docket No. 256 at 10.

1