# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>Defendant. | Case No.: 2:15-cr-00353-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 255) |

Presently before the Court is Defendant Christopher Ryan Busby's motion for issuance of discovery document subpoenas. Docket No. 255.

For good cause shown,

**IT IS ORDERED** that Defendant's motion for issuance of discovery document subpoenas, Docket No. 255, is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the requested subpoenas will issue.

**IT IS FURTHER ORDERED** that the United States Marshal will serve all subpoenas, along with a copy of this order.

**IT IS FURTHER ORDERED** that the items responsive to the subpoenas must be produced no later than August 30, 2024, along with a copy of this order, to:

> Clerk of Court
> United States District Court for the District of Nevada
> 333 Las Vegas Blvd. South
> Las Vegas, NV 89101

1

**IT IS FURTHER ORDERED** that, when the items responsive to each subpoena are produced, the Clerk's Office will notify counsel for the parties and allow counsel to inspect the items.

IT IS SO ORDERED.

DATED: August 2, 2024.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE