LAW OFFICE OF BENJAMIN RAMOS
Benjamin Ramos (State Bar No. 156643)
705 E. Bidwell, Suite 2-359
Folsom, CA  95630
Telephone: (916) 358-9842
Email: benjamin__ramos@comcast.net

*Appointed Attorney for Defendant,*
CHRISTOPHER RYAN BUSBY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>    Defendant. | Case No.: 2:15-cr-00353-GMN-NJK<br><br>**STIPULATION FOR DISCOVERY AND RESCHEDULING OF EVIDENTIARY HEARING; ORDER**<br><br>**(SEVENTH REQUEST TO RESCHEDULE EVIDENTIARY HEARING)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Melinda Brewer, Assistant United States Attorney, and Benjamin Ramos, Esq., appointed counsel for the Defendant/Movant, Christopher Ryan Busby, that:

(a)  The evidentiary hearing on Movant's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 184), currently set for Monday, May 12, 2025, be vacated and continued to Monday, June 30, 2025, at 9:00 a.m.; and

(b)  The deadline for the parties' joint preliminary brief be vacated and continued to Monday, June 16, 2025, to allow time for the completion of discovery as described below.

This stipulation is entered into for the following reasons:

1. The parties agree that some discovery—including targeted interrogatories and document requests—is necessary to develop the factual record regarding the eleven remaining ineffective assistance of counsel claims. The requested discovery will facilitate a more efficient resolution of the evidentiary hearing by addressing factual disputes and minimizing unnecessary testimony.

2. Appointed counsel has conferred with government counsel, AUSA Melinda Brewer, who has agreed to movant's submission of 10 interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure, directed to the government's forensic analyst, Matt Trafford, who analyzed both the Dell laptop and the blue HP laptop seized in this case and prepared a written report of his findings. (See Discovery 0100–0109.)

3. Government counsel has also produced additional documents at the request of Busby's appointed attorney.

4. This is the seventh request for a continuance filed in this matter.

5. Accordingly, the parties jointly request that the Court continue the evidentiary hearing to June 30, 2025, and extend the deadline for the joint preliminary brief to June 16, 2025.

IT IS SO STIPULATED.

Dated:  April 17, 2025                         SIGAL CHATTAH (Interim)
                                               United States Attorney

                                                   */s/ Melinda Brewer*
                                               Melinda Brewer, Assistant United States Attorney


Dated:  April 17, 2025                         LAW OFFICE OF BENJAMIN RAMOS

                                                   */s/ Benjamin Ramos*
                                               BENJAMIN RAMOS (SBN 156643)
                                               *Attorney for Defendant/Movant*

- 2 -
STIPULATION TO DISCOVERY AND EVIDENTIARY HEARING DATE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER RYAN BUSBY,<br><br>　　　　Defendant. | Case No.: 2:15-cr-00353-GMN-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the evidentiary hearing scheduled for Petitioner Christopher Ryan Busby's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (ECF No. 184), currently scheduled for May 12, 2025, be vacated and continued to _____ June 30 , 2025 at the hour of  9:00 a.m.   .

　　　IT IS FURTHER ORDERED that the deadline for filing the joint preliminary brief be continued to _____ June 16 , 2025.

　　　DATED this  17  day of_____ April___ , 2025.

_____
UNITED STATES DISTRICT JUDGE

- 3 -