# EXHIBIT LIST

Case No.:   2:15-cr-00353-GMN-NJK                         Page:  1  of  1

Caption: USA v. Christopher Ryan Busby

Exhibits on behalf of          Government

| EXHIBIT NUMBER | STIPULATED | DESCRIPTION |
|---|---|---|
| 1 | 6/30/2025 | 2017 Signed Plea Agreement |
| 2 | 6/30/2025 | Proffer Agreement signed January 14, 2016 |
| 3 | 6/30/2025 | Proffer Agreement signed May 31, 2016 |
| 4 | 6/30/2025 | Proffer Agreement signed January 4, 2018 |
| 5 | 6/30/2025 | Photograph of HP Laptop Box |
| 6 | 6/30/2025 | Photograph of E Closet |
| 7 | 6/30/2025 | Forensic Examiners Report dated October 1, 2015 |
| 8 | 6/30/2025 | Photograph of Room |
| 9 | 6/30/2025 | Photograph of Room labeled F |
| 10 | 6/30/2025 | Photograph of Bed |
| 11 | 6/30/2025 | Photograph of Bed and Television |
| 12 | 6/30/2025 | Transcript of Voluntary Interview of January 14, 2016 |
| 13 | 6/30/2025 | Audio Recording of Voluntary Interview of January 14, 2016 |



July 1, 2025