# EXHIBIT LIST

Case No.:    2:15-cr-00353-GMN-NJK            Page:  1  of  1

Caption: USA v. Christopher Ryan Busby

Exhibits on behalf of       Defendant/Petitioner

| EXHIBIT NUMBER | STIPULATED | DESCRIPTION |
|---|---|---|
| A | 6/30/2025 | Joint Brief for Evidentiary Hearing Re: Section 2255 Motion |
| B | 6/30/2025 | Criminal Indictment |
| C | 6/30/2025 | 2017 Plea Agreement Under Fed.R.Crim.P. 11(c)(1)(A) and (B) |
| D | 6/30/2025 | 2019 Plea Agreement Fed.R.Crim.P. 11(c)(1)(A) and (B) |
| E | 6/30/2025 | Change of Plea Transcript |
| F | 6/30/2025 | Sentencing and Disposition Transcript |
| G | 6/30/2025 | Motion to Pursuant to 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody |
| H | 6/30/2025 | LVMPD Declaration of Arrest |
| I | 6/30/2025 | United States of America's Response to Defendant Christopher Busby's First Set of Interrogatories to United States of America |
| J | 6/30/2025 | Motion for Discovery Pursuant to Rule 6 of the Rule Governing Section 2255 Proceedings |
| K | 6/30/2025 | Exhibit A Interrogatory Questions for Heidi Ojeda |
| L | 6/30/2025 | Exhibit B Interrogatory Questions for Matt Trafford |
| M | 6/30/2025 | 7/27/2017 Motion Hearing |
| N | 6/30/2025 | Stipulation for Discovery and Rescheduling of Evidentiary Hearing (Seventh Request to Reschedule Evidentiary Hearing) |



July 1, 2025